**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re:  SHAWN MORRIS | § | Case No. 16-82374 |
| BRANDI N. MORRIS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 10/10/2016.

2) The plan was confirmed on 02/28/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 01/08/2018, 02/15/2018.

5) The case was dismissed on 02/15/2018.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $96,180.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 9,743.21 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 9,718.21 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 796.23 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,796.23 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CITIZENS FINANCE | Sec | 11,500.00 | 10,880.02 | 10,880.02 | 3,077.44 | 663.92 |
| RUSHMORE LOAN MANAGEMENT | Sec | 23,000.00 | 19,666.29 | 19,666.29 | 1,180.62 | 0.00 |
| NOVAD MANAGEMENT | Sec | 0.00 | 28,107.96 | 0.00 | 0.00 | 0.00 |
| NOVAD MANAGEMENT | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SOLUTIONS | Uns | 1,193.00 | NA | NA | 0.00 | 0.00 |
| ACS ONE INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Uns | 1,752.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALS CARPET | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,393.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT LAW GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 3,859.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 725.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 856.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 1,232.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AT&T MOBILITY | Uns | 3,066.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Uns | 455.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY LTD | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| BERTRAM NANAYKKKARA MD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| BK OF AMER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK BANK | Uns | 578.00 | NA | NA | 0.00 | 0.00 |
| BROADWAY MOBIL | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE | Uns | 1,581.00 | NA | NA | 0.00 | 0.00 |
| CASH STORE LTD | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD FIRE DEPT | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 570.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 4,925.00 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Uns | 898.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE REC | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| DELTA GROUP OF ROCKFORD | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| DENTAL GROUP OF ROCKFORD | Uns | 541.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 495.00 | NA | NA | 0.00 | 0.00 |
| EPROMOS | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| EURO TECH INC | Uns | 7,048.00 | NA | NA | 0.00 | 0.00 |
| FEDERATED ADJUSTMENT CO INC | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| FEDEX | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 150.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIRST BANK OF DELAWARE | Uns | 834.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 797.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 818.00 | NA | NA | 0.00 | 0.00 |
| FITME WELLNESS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| GINNY'S | Uns | 549.00 | 549.34 | 549.34 | 0.00 | 0.00 |
| GLENWOOD CENTER | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 287.00 | 1,366.00 | 1,366.00 | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| INGRASSIA INTERIOR ELEMENTS | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| KMART | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF CRYSTAL | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| LUNDHOLD SURGICAL GROUP | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM | Uns | 1,397.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| MENS WEARHOUSE | Uns | 404.00 | NA | NA | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENTS INC | Uns | 452.00 | 451.85 | 451.85 | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 580.00 | 761.93 | 761.93 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERV | Uns | 993.00 | NA | NA | 0.00 | 0.00 |
| NEBS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 863.00 | 857.44 | 857.44 | 0.00 | 0.00 |
| NORTHPOINTE PHYSICIANS | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| OB / GYNE ASSOC OF ROCKFORD | Uns | 2.00 | NA | NA | 0.00 | 0.00 |
| ORIENTAL TRADING | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 2,887.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PAPA JOHNS PIZZA | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| RACHEL WARD PSYCHOLOGIST PC | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| REBA D STONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT / RMG | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE DENTAL CENTER | Uns | 993.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCK VALLEY CREDIT UNION | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ACADEMY OF TAE | Uns | 927.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 100.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 580.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 2,944.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC ASSOC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PUBLIC LIBRARY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 362.00 | NA | NA | 0.00 | 0.00 |
| SAFELITE AUTOGLASS | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| SANDY HOLLOW MOBIL | Uns | 558.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 593.00 | 593.10 | 593.10 | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 508.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| STANLEY STEEMER OF ROCKFORD | Uns | 506.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 441.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 778.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 516.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| THE CHILDRENS PLACE / CITIBANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENTS INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED TRANZACTIONS | Uns | 329.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WISCONSIN | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 79.00 | 79.05 | 79.05 | 0.00 | 0.00 |
| VILLAGE OF WINNEBAGO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY ANIMAL | Uns | 95.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTRAL COLLECTION | Uns | 0.00 | 315.11 | 315.11 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 306.08 | 306.08 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 797.96 | 797.96 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 818.32 | 818.32 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 19,666.29 | $ 1,180.62 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,880.02 | $ 3,077.44 | $ 663.92 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 30,546.31 | $ 4,258.06 | $ 663.92 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 7,296.18 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,796.23 | |
| Disbursements to Creditors | $ 4,921.98 | |
| **TOTAL DISBURSEMENTS:** | | $ 9,718.21 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.


Date:  04/12/2018                    By:  /s/ Lydia S. Meyer
                                          Trustee


**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)